

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Telly J. Smith v. The State of Texas

Appellate case number:      01–14–01034-CR

Trial court case number:    1413462

Trial court:                230th Judicial District Court of Harris County

Appellant's court-appointed counsel filed a brief on May 20, 2015, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On May 27, 2015, appellant, acting *pro se*, submitted the form motion, filed on June 1, 2015, requesting access to a copy of the record to prepare a response to counsel's brief and requesting a 30-day extension of time to file his *pro se Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). On June 2, 2015, because appellant's counsel failed to file a motion to withdraw and the notice and letter required under *Kelly*, 436 S.W.3d at 319–20, with his *Anders* brief, we ordered counsel to send the required letter and file the motion to withdraw and notice within 10 days of the date of that order.

Accordingly, we **grant** appellant's *pro se* motion requesting the record and **order** the trial court clerk, no later than **10 days** from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the *pro se* appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the record to the appellant is made.

Finally, we **grant** appellant's motion for an extension of time to file a *pro se Anders* response. Appellant's *pro se* response to his counsel's *Anders* brief shall be filed within **45 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                    ☒ Acting individually     ☐ Acting for the Court

Date: June 9, 2015